UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:00CR188 (AWT) |
| Plaintiff, | |
| v. | |
| OMANN DORVAL, | |
| Defendant. | December 20, 2004 |

**MOTION FOR RETURN OF DEFENDANT'S PASSPORT**

NOW comes the defendant, OMANN DORVAL, by and through his attorney, DAVID J. WENC, and hereby moves this Honorable Court for the return of his passport, which is currently in the possession of the Clerk of the United States District Court for the District of Connecticut at Hartford, for the following reason(s):

1. Mr. Dorval needs his passport to travel to Haiti. Mr. Dorval's family will be in Haiti with Mr. Dorval's grandmother who is not expected to live much longer and to attend her funeral. Mr. Dorval would like to travel to Haiti as soon as possible.

2. Mr. Dorval has complied with the requirements of his probation. The period of probation is scheduled to end on January 14, 2005.

3. Mr. Dorval is a resident of the State of New York, and his current probation officer is Mr. Danielle #(631) 712-6321.

-1-

4. This is the defendant's Second Motion for Return of Passport. The first motion is dated August 12, 2002.

WHEREFORE, the defendant prays that this motion be granted.

Respectfully Submitted,
DEFENDANT, OMANN DORVAL,

By: _____
David J. Wenc, His Attorney
Wenc Law Offices
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
Tel. (860) 623-1195
FED BAR # CT00089